UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 10-2931

UNITED STATES OF AMERICA

v.

JERMEL LEWIS,
a/k/a STAR,
a/k/a PR-STAR,
a/k/a/ P

Jermel Lewis

Appellant

(E.D. Pa. 2-08-cr-00161-003)

PRESENT:   McKEE, Chief Judge, RENDELL, AMBRO, FUENTES, SMITH,
FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR.,
VANASKIE, SHWARTZ, and KRAUSE Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc*

in the above-captioned case, it is ordered that the petition for rehearing is GRANTED.

The Clerk of this Court shall list the case for rehearing *en banc* **February 19, 2015**.

The opinion and judgment entered September 9, 2014 are hereby vacated.

By the Court,

s/ Theodore McKee
Chief Judge

Dated:        November 25, 2014
SLC/cc:     Arlene D. Fisk
Paul J. Heznecker
Robert A. Zauzmer